■ In the Matter of JUSTIN S., Appellant. NEW YORK STATE OFFICE OF CHILDREN AND FAMILY SERVICES, Respondent. [805 NYS2d 873]—Appeal from an order of the Family Court, Monroe County (Joan S. Kohout, J.), entered January 12, 2005 in a proceeding pursuant to Family Court Act article 3. The order extended respondent's placement with the New York State Office of Children and Family Services for a period of 12 months from October 21, 2004 through October 20, 2005.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Memorandum: "This appeal has been rendered moot since the extension of placement order by its own terms expired on [October 20, 2005], and any determination of this Court will not affect the rights of the parties with respect to this controversy" (*Matter of Jonathan F.*, 3 AD3d 336, 336 [2004]; *see Matter of*

*Evan P.*, 1 AD3d 831 [2003]; *Matter of Joseph YY.*, 306 AD2d 584, 585 [2003]). There is no basis to address respondent's challenge to the extension of placement under an exception to the mootness doctrine (*see generally Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]). Present—Pigott, Jr., P.J., Green, Kehoe, Martoche and Pine, JJ.